IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:   Dickinson, Mark J

Printed: 01/06/09

Case Number:  07 B 13223
Judge: Squires, John H
Filed:  7/24/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Completed: December 31, 2008
Confirmed: October 31, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 62,271.27 |  |
| Secured: |  | 17,956.44 |
| Unsecured: |  | 37,867.24 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,509.20 |
| Trustee Fee: |  | 3,938.39 |
| Other Funds: |  | 0.00 |
| Totals: | 62,271.27 | 62,271.27 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Timothy K Liou | Administrative | 2,509.20 | 2,509.20 |
| 2. | Wells Fargo Home Mortgage | Secured | 7,377.79 | 7,377.79 |
| 3. | Centrix Financial A/K/A FlatIron Fin | Secured | 10,578.65 | 10,578.65 |
| 4. | Wells Fargo Home Mortgage | Secured | 9,326.91 | 0.00 |
| 5. | Illinois Retina Associates | Unsecured | 9.59 | 18.00 |
| 6. | Portfolio Recovery Associates | Unsecured | 103.84 | 195.00 |
| 7. | Peoples Energy Corp | Unsecured | 151.63 | 284.76 |
| 8. | Centrix Financial A/K/A FlatIron Fin | Unsecured | 5,202.81 | 9,770.53 |
| 9. | RoundUp Funding LLC | Unsecured | 232.93 | 437.42 |
| 10. | Internal Revenue Service | Unsecured | 1,844.26 | 3,463.40 |
| 11. | Sprint Nextel | Unsecured | 420.30 | 788.80 |
| 12. | Freedom Card | Unsecured | 547.88 | 1,028.88 |
| 13. | Premier Bankcard | Unsecured | 216.35 | 0.00 |
| 14. | Ford Motor Credit Corporation | Unsecured | 5,170.36 | 9,709.60 |
| 15. | Union Acceptance Corporation | Unsecured | 5,134.35 | 9,641.97 |
| 16. | Aspen Gold Mastercard | Unsecured | 547.88 | 1,028.88 |
| 17. | City Of Chicago Dept Of Revenue | Unsecured | 798.75 | 1,500.00 |
| 18. | Internal Revenue Service | Priority |  | No Claim Filed |
| 19. | Fingerhut | Unsecured |  | No Claim Filed |
| 20. | Charter One Bank | Unsecured |  | No Claim Filed |
| 21. | Christ Hospital | Unsecured |  | No Claim Filed |
| 22. | AT&T Wireless | Unsecured |  | No Claim Filed |
| 23. | Illinois Dept Of Human Services | Unsecured |  | No Claim Filed |
|  |  |  | $ 50,173.48 | $ 58,332.88 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Dickinson, Mark J

Printed: 01/06/09

Case Number: 07 B 13223
Judge: Squires, John H
Filed: 7/24/07

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 540.90 |
| 6.5% | 3,386.42 |
| 6.6% | 11.07 |
|  | $ 3,938.39 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

